IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01152-WYD-MEH

BRENT MILLER,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a Colorado municipal corporation,
STEPHANIE O'MALLEY, in her individual capacity and in her official capacity as Executive Director of the Denver Department of Safety,
SHANNON C. ELWELL, in her individual capacity and in her official capacity as Civilian Review Administrator of the Denver Department of Safety,
ELIAS DIGGINS, in his individual capacity and in his official capacity as Interim Sheriff of the Denver Sheriff's Department,
WILLIAM THOMAS, in his individual capacity and in his official capacity as Captain at the Denver Sheriff's Department, and
PAUL ORTEGA, in his individual capacity and in his official capacity as Captain at the Denver Sheriff's Department,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2015.**

    The Joint Stipulated Motion for Protective Order [filed September 14, 2015; docket #35] is **denied without prejudice** for failure to submit the proposed protective order. The only documents attached to the motion are a copy of the motion itself and two copies of Exhibit A to the proposed protective order. *See* docket #35-1.

    Therefore, if they re-file the motion, the parties shall attach to the motion a copy of the proposed protective order *and* they shall submit a copy of the proposed order in useable format (Word, Word Perfect) by email to the Court at hegarty_chambers@cod.uscourts.gov.