IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01152-WYD-MEH

BRENT MILLER,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a Colorado municipal corporation,
STEPHANIE O'MALLEY, in her individual capacity and in her official capacity as Executive Director of the Denver Department of Safety,
SHANNON C. ELWELL, in her individual capacity and in her official capacity as Civilian Review Administrator of the Denver Department of Safety,
ELIAS DIGGINS, in his individual capacity and in his official capacity as Interim Sheriff of the Denver Sheriff's Department,
WILLIAM THOMAS, in his individual capacity and in his official capacity as Captain at the Denver Sheriff's Department, and
PAUL ORTEGA, in his individual capacity and in his official capacity as Captain at the Denver Sheriff's Department,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 17, 2015.**

    The Re-Filed Joint Stipulated Motion for Protective Order [filed September 16, 2015; docket #38] is **granted**. The parties' proposed Protective Order is accepted and filed contemporaneously with this minute order.